IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PHYLLIS SPRAGUE,

    Plaintiff,

v.                                          Case No. 07-4139-JAR

KASA INDUSTRIAL CONTROLS, INC.,

    Defendant.

## **ORDER**

This matter comes before the court upon defendant's Motion for Protective Order And/Or to Quash (Doc. 56). Plaintiff has not filed a response, and pursuant to D. Kan. Rule 6.1(d), her time to do so has passed.

Defense counsel has informed the court that the parties have reached a settlement agreement, and are drafting the final papers to that effect. As a result, the court finds the instant motion moot.

Accordingly,

IT IS THEREFORE ORDERED that defendant's Motion for Protective Order And/Or to Quash (Doc. 56) is denied without prejudice.

IT IS SO ORDERED.

Dated this  31st  day of July, 2008, at Topeka, Kansas.

                                                  s/ K. Gary Sebelius
                                                *K. Gary Sebelius*
                                                U.S. Magistrate Judge